United States District Court
Northern District of New York

André Rene Levesque
(Plaintiff)

(VS)

Space-x, Solar City,
United States of America
Donald Trump + Ella Musk
(et al) (Defendants)

2-3-2025

Civil Action #

8:25-cv-185 (BKS/ML)

Jury Trial Demand

1. The Defendants have conspired to threaten me into givin them advice while tourtured detained without Bond or charge Abducted to intimidate me with Unconsionable human rights violations so/sew numerous its impossible to explain other Than I keep sending (notes) to The federal court now for 20 years. + 10,000 pages more to submit I was subjected to assults (Attempted murder of myself), threatened into givin Them advice for rockets and managements as They subject me with severe human rights violations ag causing and continuing to cause me immence distress's irreperable harms pain and suffering is enormous Brutal accostations and attempted rape + cover ups

Relief sought
7.9 trillion dollars

André Levesque Rene
André Levesque Rene

From: André Rene Levesque
35 A Smithfield Blvd-149
Plattsburgh, New York 12901

TO: The clerk of The Court
for The United states District
court for the Northen District
of New york

Please asign a new docket #
and send me The form for
waiving the court fees informa pauprous
As a poor someone as I only
collect 1400/m Social security Disisility
Insurance SSDI. I do (not)
collect SSI supplimental security income.

Thank you for your
valued community service

André Rene Levesque
André Rene Levasque

2-5-2025

André René Levesque
35A Smithfield Blvd-149
Plattsburgh, New York 12901

ALBANY NY  120
6 FEB 2025   PM 1  L

United States District Court
Northern District of New York
clerk of court
P.o. Box 7367    100 S. Clinton Street
Syracuse, New york  13261-7367 (WuGA-)

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

FEB 10 2025

RECEIVED